

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Stephanie Michelle Morales, Appellant

No. 06-14-00229-CR     v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 1 of Dallas County, Texas (Tr. Ct. No. F14-54458-H). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Stephanie Michelle Morales, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 12, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk